UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO CHAVEZ, et al.<br><br>Plaintiffs,<br><br>v.<br><br>AEGIS WHOLESALE, INC., et al.<br><br>Defendants. | No. CV 08-08618 CBM (AJWx)<br><br><br><br>JUDGMENT |

In accordance with Federal Rule of Civil Procedure 58 and *Whitaker v. Garcetti*, 486 F.3d 572, 579 (9th Cir. 2007) (requiring that a judgment must be set forth on a separate document), and consistent with this Court's Order of December 15, 2009, dismissing Plaintiffs Alejandro and Sandra Chavez' Complaint with prejudice,

**IT IS HEREBY ORDERED AND ADJUDGED** that the action is

//
//
//
//

1

1  dismissed with prejudice for lack of prosecution.

3      IT IS SO ORDERED.

5  DATED: December 16, 2009      By _____
6                                        CONSUELO B. MARSHALL
                                        UNITED STATES DISTRICT JUDGE